```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY AUGUSTE,

                Plaintiff,

-v-

UPS FREIGHT, et al.,

                Defendants.

Case No. 09-CV-9762 (KMK)

AMENDED SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    Defendants may file their Reply Memorandum by May 20, 2010.

SO ORDERED.

Dated:    May ___, 2010
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE